UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTIAN MICHAEL FISHER,

        Plaintiff,

v.

CITY OF SEATTLE,

        Defendant.

Case No. C22-212-JHC

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1)    The Report and Recommendation is approved and adopted.

(2)    Plaintiff's amended complaint (Dkt. 7) and this action are DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983. This dismissal shall count as a STRIKE under 28 U.S.C. § 1915(g).

//

//

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable S. Kate Vaughan.

DATED this 31st day of May, 2022.

_JOHN H. CHUN_
JOHN H. CHUN
United States District Judge

ORDER DISMISSING CIVIL RIGHTS ACTION - 2